1  ADAM PAUL LAXALT
   Attorney General
2  DARBY G. PHELPS, Bar No. 14599
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1159
6  E-mail: dphelps@ag.nv.gov

7  *Attorneys for Defendant*
   *Gene Yup*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN D. REDMAN, | Case No. 3:17-cv-00551-RCJ-CBC |
| Plaintiff, | |
| v. | **MOTION TO EXTEND THE STAY** |
| R. ARANAS, et al., | |
| Defendants | |

Defendant Gene Yup, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby move to have the stay in this matter extended until seven days after completion of the early mediation conference. This Court entered its Screening Order (ECF No. 7) on July 24, 2018. The Order stayed the matter for 90 days and referred the matter to the Court's Inmate Early Mediation Program. An early mediation conference has been set for December 11, 2018. (ECF No. 11). However, by that date the 90-day stay will have expired.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendants respectfully request that this Court stay that matter until seven days after the early mediation conference has been completed.

DATED this 16th day of October, 2018.

                        ADAM PAUL LAXALT
                        Attorney General

By: _____
     DARBY L. PHELPS
     Deputy Attorney General
     State of Nevada
     Bureau of Litigation
     Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED.

Date: October 17, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 16th day of October, 2018, I caused to be served a copy of the foregoing, **MOTION TO EXTEND THE STAY,** by U.S. District Court CM/CEF Electronic Filing on:

John D. Redman, #1081653
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General

3