1  AARON D. FORD
   Attorney General
2  DARBY G. PHELPS, Bar No. 14599
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1159
6  E-mail: dphelps@ag.nv.gov

7  *Attorneys for Defendant*
   *Gene Yup*

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

11  JOHN D. REDMAN,

12             Plaintiff,

Case No. 3:17-cv-00551-RCJ-CBC

13  v.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**
**(FIRST REQUEST)**

14  R. ARANAS, et al.,

15             Defendants

16  Defendant Gene Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby file Defendant's Motion for Extension of Time to File a Responsive Pleading. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff filed a Motion for Leave to File 3rd Amended Complaint ("Plaintiff's Motion") on February 6, 2019. ECF No. 20. Defendant filed Defendant's Non-Opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint on February 19, 2019. ECF No. 22. The Court has not yet issued a decision on Plaintiff's Motion. Defendant's responsive pleading to Plaintiff's Second Amended Complaint is due March 25, 2019. Defendant requests a ten (10) day extension of time with which to file a responsive pleading from either (1) the date the Court enters an order denying Plaintiff's Motion, or (2) the date the Court enters a screening order on the proposed Third Amended Complaint.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case.

In light of the pendency of Plaintiff's Motion, Defendant respectfully requests a ten (10) day extension of time with which to file a responsive pleading from either (1) the date the Court enters an order denying Plaintiff's Motion, or (2) the date the Court enters a screening order on the proposed Third Amended Complaint.

DATED this 25th day of March, 2019.

AARON D. FORD
Attorney General

By: _____
DARBY G. PHELPS
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED 3/26/2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of March, 2019, I caused to be served a copy of the foregoing, **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING (FIRST REQUEST)**, by U.S. District Court CM/CEF Electronic Filing on:

John D. Redman, #1081653
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

_/s/ Laurie Penny_
An employee of the
Office of the Attorney General