**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOHN D. REDMAN, | ) | 3:17-CV-0551-RCJ-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 6, 2020 |
| | ) | |
| GENE YUP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>        LISA MANN        </u>  REPORTER: <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                            </u>

**MINUTE ORDER IN CHAMBERS:**

An amended notice of suggestion of death was filed on March 19, 2020 for the sole defendant in this case, Dr. Gene Yup (ECF No. 43).  The court has located an estate action filed in the Second Judicial District Court for the Estate of Dr. Gene Hing Yup under case number PR20-0093 by Special Administrator Catherine Yup.  Plaintiff shall have until **Wednesday, June 17, 2020** to file a motion for substitution of party to the Estate of Gene Hing Yup under Fed. R. Civ. P. 25 and request service of the estate.  If plaintiff fails to do so, the court will recommend that this matter be dismissed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk