UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN REDMAN,<br><br>           Plaintiff,<br><br>vs.<br><br>R. ARANAS, et al.,<br><br>           Defendants. | Case No. 3:17-cv-00551-RCJ-CLB<br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between John Redman, in proper person, and Defendant Estate of Gene Hing Yup, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General, hereby stipulate and agree that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///
///

1  This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on May 26, 2020, and which are memorialized in the Minutes of Proceedings entered ECF No. 54.

DATED this 26 day of May, 2020.     DATED this 15th day of June, 2020

AARON D. FORD
Attorney General

By: _____
JOHN REDMAN, #1081653              MARY ANNE MARTIN, Bar No. 13267
Plaintiff, *Pro Se*                Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 23, 2020.